IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:16-CR-201 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **PAUL J. SEAY,** | : | |
| | : | |
| Defendant | : | |
| | : | |

## **ORDER**

AND NOW, this 27th day of September, 2016, upon consideration of the motion (Doc. 18) filed by defendant Paul J. Seay ("Seay") to revoke or amend his detention order pending trial, and for the reasons stated on the record, it is hereby ORDERED that Seay's motion (Doc. 18) is DENIED.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania