# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:16-CR-201** |
| | : | |
| v. | : | **(Chief Judge Conner)** |
| | : | |
| **PAUL SEAY,** | : | |
| | : | |
| **Defendant** | : | |

## <u>ORDER</u>

AND NOW, this 20th day of April, 2018, upon consideration of the motion (Doc. 50) requesting a mental competency evaluation of defendant Paul Seay ("Seay") pursuant to 18 U.S.C. §§ 4241 and 4247 filed by Seay's counsel on today's date, wherein counsel avers that Seay continues to suffer the effects of a traumatic brain injury resulting from a serious automobile accident in 2014, (Doc. 50 ¶¶ 2-3), to the extent that, in counsel's perception, Seay is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and wherein counsel requests that Seay be committed to the custody of the Federal Bureau of Prisons for psychiatric or psychological evaluation, (<u>see</u> <u>id.</u> ¶ 17), it is hereby ORDERED that:

1. The motion (Doc. 50) requesting a mental competency evaluation of defendant Paul Seay ("Seay") is GRANTED.

2. Seay shall be transferred to an appropriate federal facility for the purpose of undergoing an evaluation to determine his mental competency insofar as whether he is able to understand the nature and consequences of the proceedings against him and to assist properly in his defense.

3. The ordered evaluation shall be conducted by a licensed or certified psychiatrist or psychologist.

4. Once transferred to an appropriate facility, Seay shall remain at that facility for a reasonable period of time, not to exceed thirty (30) days, unless the director of said facility shall apply to the court for a reasonable extension of time upon showing of good cause that additional time is necessary to observe and evaluate Seay.

5. Upon completion of the examination and evaluation, a psychiatric or psychological report shall be prepared and filed with the court with copies provided to counsel for Seay and the attorney for the government, and shall be created in accordance with 18 U.S.C. § 4247(c).

6. In light of the ordered examination, the jury selection and trial date of May 7, 2018 is CONTINUED and shall be rescheduled by further order of the court.

7. The court specifically finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting the continuance in paragraph 6 above outweigh the best interests of the public and the defendant to a speedy trial. The Clerk of Court shall exclude that appropriate time in the above-captioned action pursuant to the Speedy Trial Act and this order.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania