UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:16-CR-201 |
| | : | |
| | : | Chief Judge Conner |
| v. | : | |
| | : | |
| PAUL SEAY | : | |

## O R D E R

After consideration of the United States' Motion to Dismiss the Indictment With Prejudice, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, on this ___6th___ day of November, 2018, IT IS HEREBY ORDERED that the United States' Motion to Dismiss the Indictment With Prejudice is **GRANTED**.

/S/ *Christopher C. Conner*
Christopher C. Conner
Chief United States District Judge